**Haskell & Barker Car Company, appellant, v. United Cork Companies, appellee. Gen. No. 29,059.**

Action for breach of contract. Judgment for defendant. Appeal

from the Circuit Court of Cook county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Winston, Strawn & Shaw, for appellant; Harold Beacom and Edward G. Ince, of counsel. Knapp & Campbell, for appellee; John R. Cochran and Leonard F. Martin, of counsel.

Mr. Justice Barnes delivered the opinion of the court.